JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MENDOZA, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORE-MARK INTERNATIONAL, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01290-JGB-SHK<br><br>**ORDER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff George Mendoza's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: February 2, 2022

_____
Honorable Jesus G. Bernal
United States District Judge

**ORDER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**
2